UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RONALD E. FRANKLIN, a/k/a RONALDO
E. FRANKLIN,

                    Plaintiff,

v.

COUNTY OF DUTCHESS, et al.,

                    Defendants.
---------------------------------------------------------X

**ORDER**

23-CV-06653 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a telephone conference with counsel for the parties today on Plaintiff's counsel's request for a ruling during deposition.

After hearing from the parties, the Court ruled as follows: Plaintiff's counsel is directed to begin the deposition of Trooper Dalfonso today and continue until 5:30 p.m. Defense counsel will produce Trooper Dalfonso for the continued deposition on December 23, 2024 at 9:30 a.m.

SO-ORDERED:

Dated: White Plains, New York
       December 17, 2024

_____
Philip M. Halpern
United States District Judge