**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RONALD E. FRANKLIN, a/k/a RONALDO
E. FRANKLIN,

                         Plaintiff,

         -against-                                     23 **CIVIL** 6653 (PMH)

                                            **JUDGMENT**

COUNTY OF DUTCHESS, et al.,
                         Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 4, 2026, Defendants' motion for summary

judgment is GRANTED and the Third Amended Complaint is dismissed; accordingly, the case is

closed.

**Dated:** New York, New York

      March 6, 2026

                                   **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                    **BY:**          K. mango

                                 _____
                                    **Deputy Clerk**